Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and Wm. A. Thompson and Earl McBee, Birmingham, opposed.

GOODWYN, Justice.

Petition of James S. Phifer for certiorari to the Court of Appeals to review and revise the judgment and decision in Phifer v. State, Ala.App., 151 So.2d 739.

Writ denied.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.

152 So.2d 150

**Earl PHILLIPS, alias**

**v.**

**STATE.**

**6 Div. 975.**

Supreme Court of Alabama.

April 11, 1963.

Earl Phillips, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Earl Phillips for certiorari to the Court of Appeals to review and revise the judgment and decision in Phillips v. State, 152 So.2d 148, 150.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

155 So.2d 535

**Hilliard A. SANDERS**

**v.**

**STATE.**

**3 Div. 85, 85A.**

Supreme Court of Alabama.

June 27, 1963.

Rehearing Denied July 25, 1963.

Hilliard A. Sanders, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Hilliard A. Sanders for certiorari to the Court of Appeals to review Sanders v. State, Ala.App., 152 So.2d 439 and 155 So.2d 535.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

151 So.2d 738

**F. L. SHUTTLESWORTH**

**v.**

**STATE.**

**6 Div. 968.**

Supreme Court of Alabama.

April 4, 1963.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and Wm. A. Thompson and Earl McBee, Birmingham, opposed.